R. L. Hurlburt and Frank Koepke, appellees, v. Louis F. Hopkins and George K. Hollingsworth, appellants. Gen. No. 24,090.
Action by a real estate broker to recover commissions. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Hugh J. Kearns, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918. Rehearing denied October 14, 1918.
Charles R. Napier, for appellants. Samuels & Samuels, for appellees.
Mr. Presiding Justice Dever delivered the opinion of the court.

---

Koehring Machine Company, appellant, v. Aetna Accident & Liability Company, appellee. Gen. No. 24,100.
Action against surety on a contractor's bond to recover on notes given for part of purchase price of machine used in construction work. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918. Petition for rehearing stricken October 14, 1918.
Moses, Rosenthal & Kennedy, for appellant; Joseph W. Moses, of counsel. Dent, Dobyns & Freeman, for appellee.
Mr. Presiding Justice Dever delivered the opinion of the court.

---

James F. Bishop, administrator of the estate of Angelo Zorzi, deceased, appellant, v. The Pullman Company, appellee. Gen. No. 24,188.
Judgment for defendant on plea in abatement for variance between summons and declaration after refusal to permit amendment of summons. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed October 1, 1918.
Charles Cheney Hyde, Ira Edward Westbrook and Charles H. Watson, for appellant. Francis B. Daniels, Howard T. Wilcoxon and Charles S. Williston, for appellee.
Mr. Presiding Justice Dever delivered the opinion of the court.

---

Colonial Trust & Savings Bank, appellant, v. G. H. Coney, trading as G. H. Coney & Company, appellee. Gen. No. 24,215.
Action for conversion of securities. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918.
Underwood & Smyser and George A. Trude, for appellant; Ben. B. Kahane and Charles R. Young, of counsel. Mayer, Meyer, Austrian & Platt, for appellee.
Mr. Presiding Justice Dever delivered the opinion of the court.